FILED

03/06/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 18-0268

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 18-0268

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

    v.                                  O R D E R

CHRIS ARTHUR CHRISTENSEN,

     Defendant and Appellant.

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's reply brief filed electronically on March 5, 2020, this Court has determined that the brief does not comply with the below-referenced Rules and must be resubmitted.

M. R. App. P. 11(4)(e) requires a certificate of compliance indicating the document's line spacing and (1) that the document is proportionately spaced, together with the typeface, point size, and word count; or (2) that the document uses a monospaced typeface, together with the number of characters per inch and word count, or the number of counted pages, pursuant to M. R. App. P. 11(4)(b) or (c).

Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rules and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained

1

in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

2

Electronically signed by:
James Jeremiah Shea
Justice, Montana Supreme Court
March 6 2020